THE RECTOR, ETC., OF THE CHURCH OF SAINT MATTHEW
AND SAINT TIMOTHY IN NEW YORK CITY, Respondent,
*v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

(Argued October 6, 1936; decided October 20, 1936.)

*Richard S. Holmes, W. H. L. Edwards, Flynn L. Andrew*
and *Harold P. Winans* for appellant.

*Frederick J. Moses* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
CROUCH, LOUGHRAN and FINCH, JJ.